EDENFIELD, executor, *v.* BOYD.

FISH, C. J.  This case is controlled by the rulings made in the case of
*Edenfield* v. *Brinson,* this day decided.

*Judgment affirmed.  All the Justices concur.*

No. 1223.  SEPTEMBER 23, 1919.

Description and counsel as in case next before.